```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0128--CR (JWS)
                   "USA V KIRK GRABLE"
                   DEF 1.1 GRABLE, KIRK

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 08/22/01
             Closed: 07/14/05
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Other Custody
         Trial date: 04/25/05
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 GRABLE, KIRK
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:922(g)(1) FELON IN POSSESSION OF FIREARMS (F) | Sentenced (54-1) |
| 1 -  1 IND | 2 | 18:922(o) POSSESSION OF A MACHINE GUN (F) | Sentenced (54-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A01-0128--CR (JWS)
                                    "USA V KIRK GRABLE"

                                    For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 08/22/01
              Closed: 07/14/05
 No. of Defendants: 1


 Document #    Filed      Docket text

      1 -  1  08/22/01   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  08/30/01   [Re: DEF 1] PLF 1 Attorney Appearance of Charles Brwon.

      3 -  1  10/03/01   [Re: DEF 1] PLF 1 motion (ex parte) to correct typographical error in
                         the Indt.

   NOTE -  1  07/28/04   [Re: DEF 1] USM Notice of Arrest; defendant is in State Custody in
                         Auburn, WA; USM to notify crt when def is in Federal Custody.

      4 -  1  07/30/04   [Re: DEF 1] JDR Minute Order granting motion to correct typographical
                         error in the Indt (3-1). cc: USA

      5 -  1  01/06/05   [Re: DEF 1] JDR Minute Order re USA to file status rprt due 1/18 re
                         status of def's state custody. cc: USA, USM

      6 -  1  01/14/05   [Re: DEF 1] PLF 1 Ex Parte Status Report.

      7 -  1  01/18/05   [Re: DEF 1] JDR Minute Order re further status rpt due 2/22/05. cc: USA

      8 -  1  02/03/05   [Re: DEF 1] PLF 1 motion (petition) for writ of Habeas Corpus Ad
                         Prosequendum.

   NOTE -  2  02/07/05   Issued: writ of H/C ad pros.

   NOTE -  3  02/07/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

   NOTE -  4  02/07/05   [Re: DEF 1] USM Notice of Prisoner in State Custodu; defendant in state
                         custody on Anch as of 1/18/05.

      9 -  1  02/07/05   [Re: DEF 1] JDR Order granting motion (petition) for writ of Habeas
                         Corpus Ad Prosequendum (8-1). cc: USA, USM, USPO, def w/USM cy

     10 -  1  02/07/05   [Re: DEF 1] JDR Minute Order re Arr set for 2/10/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy

     11 -  1  02/10/05   [Re: DEF 1] Financial Affidavit.

     12 -  1  02/11/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re: arr held
                         2/10/05; FPD appointed as cnsl for def; pled not guilty to cts 1 & 2 of
                         Indt; ptms due 2/28/05; TBJ set 4/25/05; def detained. cc: USA, FPD, FPD
                         (CJA Clk), USM, USPO, Judge Sedwick

     13 -  1  02/11/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

     14 -  1  02/11/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet &
                         confer by 2/15/05; ptms due 2/28/05. cc: USA, FPD
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A01-0128--CR (JWS)
                              "USA V KIRK GRABLE"

                              For all filing dates


 Document #    Filed      Docket text

    15 -   1   02/11/05   [Re: DEF 1] JWS Minute Order setting TBJ on 4/25/05 @ 9:00 a.m. & FPTC
                          for 4/25/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

    16 -   1   02/15/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    17 -   1   02/15/05   [Re: DEF 1] Return of WOA exeucted on 2/10/05.

    17 -   2   02/15/05   [Re: DEF 1] USM Statistcl Notice of Arrest; defendant arrested 2/10/05.

    18 -   1   02/18/05   DEF 1 Attorney Appearance of S. Tatter (FPD).

    19 -   1   03/10/05   DEF 1 motion on shortened time for bail review hearing.

    20 -   1   03/10/05   [Re: DEF 1] JDR Order granting motion on shortened time for bail review
                          hearing (19-1).  Bail review hrg is set 3/11/05 at 3:00 p.m..  cc: AUSA,
                          FPD, USM, USPO

    21 -   1   03/11/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re: Bail Review
                          Hrg (held 03/11/05); Oral mot to rls def to third party custodian
                          denied; def's det cont; wit/exh list att. cc: USA, FPD, USM, USPO.

    22 -   1   03/29/05   [Re: DEF 1] Transcript Re: Bail Review hrg (held 3/11/05).

    23 -   1   04/15/05   [Re: DEF 1] PLF 1 Notice of intent to use the court's digital evidence
                          presentation system.

    24 -   1   04/18/05   DEF 1 Proposed Voir Dire.

    25 -   1   04/18/05   DEF 1 Proposed Jury Instructions.

    26 -   1   04/18/05   DEF 1 Trial Brief.

    27 -   1   04/18/05   [Re: DEF 1] PLF 1 Proposed Voir Dire.

    28 -   1   04/18/05   [Re: DEF 1] PLF 1 Proposed Jury Instructions.

    29 -   1   04/18/05   [Re: DEF 1] PLF 1 Trial Brief.

    30 -   1   04/19/05   [Re: DEF 1]  Trial Stipulation.

    31 -   1   04/20/05   DEF 1 motion in limine to limit evidence of drug dealing & other crimes.

    32 -   1   04/20/05   DEF 1 Supplemental trial brief on the issue of defense disclosure.

    33 -   1   04/21/05   [Re: DEF 1] JWS Minute Order that 4/25/05 FPTC & TBJ rescheduled from
                          8:30 a.m. & 9:00 a.m., respectively, to 9:30 a.m. & 10:00 a.m.,
                          respectively. cc: USA, FPD, USM, USPO, JC

    34 -   1   04/22/05   PLF 1 opposition to DEF 1 motion in limine to limit evidence of drug
                          dealing & other crimes (31-1).

    30 -   2   04/25/05   [Re: DEF 1] JWS Order approving Trial Stipulation (30-1). cc: USA, FPD

    35 -   1   04/25/05   [Re: DEF 1] JWS Order granting/denying mot in limine to limit evidence
                          of drug dealing & other crimes (31-1). cc: USA, FPD
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A01-0128--CR (JWS)
                      "USA V KIRK GRABLE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 36 - 1 | 04/25/05 | DEF 1 motion to suppress search of storage locker w/att memo & aff. |
| 37 - 1 | 04/25/05 | [Re: DEF 1] PLF 1 Addtl Prop Jury Instruction & special verdict form. |
| 38 - 1 | 04/25/05 | {SEALED} |
| 39 - 1 | 04/25/05 | {SEALED} |
| 40 - 1 | 04/26/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: FPTC held 4/25/05; mot in limine (dkt 31) granted/denied; mot to suppress (dkt 36) to be reviewed later; wit exclusionary rule invoked. cc: USA, FPD |
| 41 - 1 | 04/26/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: 1st day TBJ held 4/25/05; granting mot to suppress search of storage locker (36-1); matter recessed until 4/26/05 @ 9:00 a.m.. cc: USA, FPD |
| 42 - 1 | 04/27/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re Trial by Jury Day 2 (held 4/26/05); matter to resume at 8:30 a.m. 4/27/05. |
| 43 - 1 | 04/27/05 | {SEALED} |
| 44 - 1 | 04/28/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton/April Karper] re TBJ day 3 (held 4/27/05); verdict published, guilty on cts 1 & 2; IOS to be set week of 7/11/05 or 7/18/05; w/att witness list, exhibit list, and jury notes. cc: USA, FPD, USM, USPO |
| 45 - 1 | 04/28/05 | [Re: DEF 1] Jury Instructions. |
| 46 - 1 | 04/28/05 | [Re: DEF 1] Special Verdict - ct 1; def found guilty. |
| 47 - 1 | 04/28/05 | [Re: DEF 1] Verdict Count 2; def found guilty. |
| 48 - 1 | 05/18/05 | [Re: DEF 1] JWS Minute Order setting IOS on 7/13/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts |
| 49 - 1 | 07/06/05 | DEF 1 Unopposed motion on shortened time to continue time for filing sentencing memo to 7/8/05. |
| 50 - 1 | 07/06/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 51 - 1 | 07/07/05 | [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue time for filing sentence memo on 7/8/05 (49-1). cc: USA, FPD |
| 52 - 1 | 07/08/05 | DEF 1 Sentencing Memorandum. |
| 53 - 1 | 07/13/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re IOS (held 7/13/05); sentence imposed as stated in the judgment. |
| 54 - 1 | 07/14/05 | [Re: DEF 1] JWS Judgment found guilty on cts 1,2 of Indt (1-1); sentenced to 96 mos impr on each of cts 1 & 2 to be served concur & concur w/any state custody; 36 mos SR on each of cts 1 & 2 w/terms to be served concur; $200.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 55 - 1 | 07/18/05 | USM Return of svc on writ of HC Ad Prosequendum re: DEF 1 on 2/10/05 thru 7/13/05. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A01-0128--CR (JWS)
                            "USA V KIRK GRABLE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 56 - 1 | 07/21/05 | DEF 1 appeal to 9CCA of (54-1) filed 07/14/05. cc:USA, FPD, Judge Sedwick, 9CCA, USM, PO |
| NOTE - 5 | 07/22/05 | Notation (re: Appeal): forwarded notice of appeal to 9CCA. |
| 57 - 1 | 07/22/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (56-1) cc: USA, FPD, Judge Sedwick, 9CCA, ECR, USM, PO |
| 58 - 1 | 08/08/05 | DEF 1 Transcript Designation/Order Form re: notice of appeal (56-1) w/order form. cc:ecr |
| 59 - 1 | 08/10/05 | DEF 1 Amended Transcript Designation/Order Form re: notice of appeal (56-1). cc:ecr |
| 60 - 1 | 08/10/05 | DEF 1 motion to unseal for purposes of defense transcription only w/att aff. |
| 61 - 1 | 08/12/05 | [Re: DEF 1] JWS Order granting mot to unseal for purposes of defense transcription only (60-1). cc: USA, FPD, Appeals Clk, ECR |
| 62 - 1 | 08/24/05 | [Re: DEF 1] Partial Transcript re IOS (held 7/13/05). |
| 63 - 1 | 09/21/05 | [Re: DEF 1] Partial Transcript re IOS (held 7/13/05) re: notice of appeal (56-1) |
| 64 - 1 | 09/21/05 | {SEALED} |
| 65 - 1 | 09/21/05 | [Re: DEF 1] Partial Transcript re Final Pretrial Conference/Trial by Jury Day 1 (held 9/21/05) re: notice of appeal (56-1); located in expando. |
| 66 - 1 | 09/21/05 | [Re: DEF 1] Transcript re Trial by Jury Day 2 (held 4/26/05) re: notice of appeal (56-1); located in expando file. |
| 67 - 1 | 09/21/05 | [Re: DEF 1] Partial Transcript re Trial by Jury Day 3 (held 4/27/05) re: notice of appeal (56-1); located in expando file. |
| 68 - 1 | 09/21/05 | DEF 1 2nd Amended Transcript Designation/Order Form re: notice of appeal (56-1). cc:ecr |
| 69 - 1 | 09/23/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (56-1) cc:USA, FPD, Judge Sedwick, 9CCA (original) |