UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  06/15/06

To :                                          ATTN: () CIVIL
    **REDACTED**
                                                   (xxx) CRIMINAL

                                                   ()JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513

DC No: 3:01-cr-00128 - JWS                  Appeal No: 05-30360

Short title: USA v Grable

Composition of Record

Clerk's Files in 2        volumes   (XX) original  () certified copy

       Bulky docs.       volumes, docket #
                                (folders)

Reporter's  in 1        volumes   (xx) original   ()certified copy
Transcripts  dkt# 65-67

Exhibits:   in           envelopes   () under seal

            in           boxes       () under seal

Other: **1 sealed volume containing dkt#'s 38,39. 43. & 64**
Certified copy of ACMS and ECF dockters enclosed
(please note any documents filed under seal)

Acknowledgement:                              Date:
"record.app" [11/21/97]