UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 10 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30360 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00128-a-JWS/JD<br>District of Alaska,<br>Anchorage |
| v. | |
| KIRK GRABLE, | ORDER |
| Defendant - Appellant. | |

RECEIVED
OCT 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

Judges Kozinski and Tallman have voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc. Judge Berzon has voted to grant the petition for rehearing and deny the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.