


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

October 18, 2006

RECEIVED
OCT 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-30360 JWS/JD | USA v. Grable | CR-01-00128-a- |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

        Very truly yours,

        Cathy A. Catterson
        Clerk of Court

        By: David Vignol
        Deputy Clerk

Enclosure(s)
cc: All Counsel